# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  vs.<br><br>Sherri McCoy,<br><br>         Defendant. | Case No. 17-cr-00479-JAH<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☒   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Indictment:

  21:952,960,963 - Conspiracy to Import Methamphetamine (1s)
  21:952,960;18:2 - Importation of Methamphetamine; Aiding and Abetting (2s)
  21:841(a)(1);18:2 - Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting (3s)

Dated: 10/18/2021

                        Hon. John A. Houston
                        United States District Judge